William Simon, Appellee, v. William Nitzberg, Appellant.

Gen. No. 43,436.

Heard in the first division, first district, this court at the June term, 1945; opinion filed January 7, 1946; rehearing denied January 21, 1946; released for publication January 21, 1946. A. M. Horwitz, for appellant; Herbert M. Wetzel, of counsel; Morris Aronson, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.